**Motion Granted in Part and Order filed September 6, 2018**



In The

# Fourteenth Court of Appeals

_____

**NO. 14-18-00710-CV**
**NO. 14-18-00753-CV**

_____

**SUZANNE  SONDRUP  RON, Appellant**

**V.**

**AVISHAI RON, ET AL, Appellee**

**On Appeal from the 125th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-19071**

## ORDER

Appellant has filed an unopposed motion to consolidate appeal number 14-18-00753-CV into appeal number 14-18-00710-CV because both are interlocutory appeals from orders granting temporary injunctions. Tex. Civ. Prac. & Rem. Code Ann. § 51.014(a)(4). We grant the motion in part and order as follows:

1. Each appeal will remain open.

2. Any document meant to be filed in both appeals must bear both appeal

numbers.

3. Absent a request otherwise from the parties, any brief filed must apply to both appeals and is subject to the word limits in Texas Rule of Appellate Procedure 9.4(i)(2). For example, appellant shall file a single brief that bears both appeal numbers, addresses both orders on appeal, and does not exceed 15,000 words.

4. The parties have notified the court that there is no reporter's record in appeal number 14-18-00710-CV. The court reporter has notified the court that the parties have not requested the reporter's record in 14-18-00753-CV. As we stated in our letter dated August 29, 2018, appellant must provide proof by September 13, 2018, that she has paid for or arranged to pay for the reporter's record in appeal number 14-18-00753-CV.

5. Appellant's brief in both appeals will be due either 20 days after the reporter's record is filed in 14-18-00753-CV, or on a date set by the court in a further order.

6. The appeals will be submitted to and considered by the same panel.

PER CURIAM